IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SHERRI OLSON,

    Plaintiff,                                   JUDGMENT IN A CIVIL CASE

v.                                           Case No. 12-cv-591-wmc

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.

     This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of plaintiff awarding attorney fees and costs under the Equal Access to Justice Act in the amount $7,600.00.


        s/V. Olmo, Deputy Clerk                     1/22/2015
      Peter Oppeneer, Clerk of Court                   Date